BC  FILED  GMM
3/13/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:25-cr-00142
Judge Jeremy C. Daniel
Magistrate Judge Jeannice W. Appenteng
RANDOM / Cat. 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL HULEY | Case No.<br><br>Violation: Title 18, United States Code, Section 922(g)(1) |

The SPECIAL JUNE 2024 GRAND JURY charges:

On or about November 19, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

MICHAEL HULEY,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Smith & Wesson .40 caliber semi-automatic handgun, bearing serial number FDK1564, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

The SPECIAL JUNE 2024 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a loaded Smith & Wesson .40 caliber semi-automatic handgun, bearing serial number FDK1564, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Sarah Streicker on behalf of the
ACTING UNITED STATES ATTORNEY